IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-HC-2099-D

| | |
|---|---|
| ANTWAIN LAMAR DENNIS, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| STATE OF NORTH CAROLINA, | ) |
| Respondent. | ) |

On May 24, 2024, Antwain Lamar Dennis ("Dennis" or "petitioner"), a state inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]. On May 28, 2024, Magistrate Judge Jones issued an order of deficiency directing Dennis to file his petition on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Dennis that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id. Dennis failed to comply with Magistrate Judge Jones's order. On July 1, 2024, the court dismissed the action without prejudice [D.E. 4] and the clerk entered judgment [D.E. 5].

On April 7, 2025, Dennis filed a petition on the correct form [D.E. 6]. On April 16, 2025, the court construed Dennis's petition as a motion for reconsideration and denied the motion because Dennis still had not complied with Magistrate Judge Jones's May 28, 2024 order to either pay the filing fee or file an application to proceed without payment of fees and affidavit [D.E. 7]. Dennis again moves for reconsideration [D.E. 8].

The court has considered Dennis's second motion for reconsideration under the governing standard. See Fed. R. Civ. P. 60(b); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th Cir. 2011) (en banc); Robinson v. Wix Filtration Corp. LLC, 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993). The court denies the motion for the reasons stated in the court's April 16, 2025, order. See [D.E. 7] 1–2.

In sum, the court DENIES petitioner's second motion for reconsideration [D.E. 8].

SO ORDERED. This 5 day of December, 2025.

                                          JAMES C. DEVER III
                                          United States District Judge